May 29, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00046-CV

### 1100 REBA MCENTIRE, LLC, TOPHILL, LLC, FOREST BEND, LLC, LAKE POINT ASSISTED LIVING, LLC, LAKE POINT HEALTHCARE HOLDINGS, LLC, LAKE POINT HEALTHCARE, LP, LUCKY CONSULTING, LLC, RETIREMENT HOLDINGS, LP, SILVERLEAF ASSISTED LIVING, LLC, AND DANIEL C. BLACKBURN, Appellants

### V.

### AMERICAN BANK, N.A., Appellee

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on February 6, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, 1100 Reba McEntire, LLC, Tophill, LLC, Forest Bend, LLC, Lake Point Assisted Living, LLC, Lake Point Healthcare Holdings, LLC, Lake Point Healthcare, LP, Lucky Consulting, LLC, Retirement Holdings, LP, Silverleaf Assisted Living, LLC, and Daniel C. Blackburn.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered May 29, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris. Opinion delivered Per Curiam.